# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALQUIST, NANCY V. | BANKRUPTCY COURT, DISTRICT OF MARYLAND | 8/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Chambers 2A
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 8/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Quarterly | Saul Zaentz Charitable Fountation - - Board Member compensation |
| 2. Annual | Mandatory Withdrawal From 401 (k) |
| 3. monthly | Judicial pension - -retired |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 8/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 8/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M & T CHECKING | A | Interest | J | T | | | | | |
| 3. VANGUARD INSTITUTIONAL INDEX | A | Dividend | O | T | | | | | |
| 4. HARBOUR CAPITAL APPRECIATION | A | Dividend | O | T | | | | | |
| 5. | | | | | | | | | |
| 6. ▆▆▆▆ OWNED (HEADER) | | | | | | | | | |
| 7. M & T CHECKING | A | Interest | J | T | | | | | |
| 8. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 9. IRA (HEADER) | | | | | | | | | |
| 10. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 11. DAVIS GLOBAL CLA DGFAX | A | Dividend | K | T | | | | | |
| 12. EDGEWOOD GROWTH INSTL CL REINVESTMENTS EGFIX | | None | K | T | Sold | 1/10/20 | K | A | |
| 13. EDGEWOOD GROWTH INSTL CL REINVESTMENTS EGFIX | | None | K | T | Sold | 10/04/20 | K | A | |
| 14. AMERICAN CENTURY EQUJITY INCOME CL 1 | A | Interest | K | T | | | | | |
| 15. FMI LARGE CAP INSTL C; REINVESTMENTS FMIQX | A | Dividend | K | T | | | | | |
| 16. JOHN HANCOCK CLASSIC VALUE CL 1 JCVIX | A | Dividend | K | T | | | | | |
| 17. HARBOR SMALL CAP VALUE INSTL CL REINVESTMENTS HASCX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OAKMARK INTL INSTL CL REINVESTMENTS OANIX | A | Dividend | K | T | | | | | |
| 19. LOOMIS SAYLES GROWTH CLY REINVESTMENTS LSGRX | A | Dividend | K | T | | | | | |
| 20. MFS INSTL INTL EQUITY REINVESTMENTS MIEIX | A | Dividend | K | T | | | | | |
| 21. PARNASSUS MID CAP INSTL CL REINVESTMENTS PFPMX | A | Dividend | K | T | | | | | |
| 22. PEAR TREE POLARIS FOREIGN VALUE INSTL CL REINVESTMENTS QFVFIX | A | Dividend | K | T | Sold | 03/25/20 | J | A | |
| 23. T ROWE PRICE GROWTH STOCK INVESTOR CL PRGFX | A | Dividend | K | T | | | | | |
| 24. PRINCIPAL MID CAP INSTL CL REINVESTMENTS PCBIX | A | Dividend | J | T | | | | | |
| 25. VIRTUS KAR SMALL CAPM GROWTH CL 1 REINVESTMENTS PXSGX | | None | J | T | | | | | |
| 26. WELLS FARGO EMERGING MARKETS EQUITY INTL CL REINVESTMENTS EMGNX | A | Dividend | J | T | | | | | |
| 27. PRINCIPAL DIVERSIFIED REAL ASSET INSTL CL REINVESTMENTS PDRDX | A | Dividend | K | T | | | | | |
| 28. BAIRD SHORT TERM BOND INSTL CL REINVESTMENTS BSBIX | A | Dividend | L | T | | | | | |
| 29. BLACKROCK HIGH YIELD BOND INSTL CL REINVESTMENTS BHYIX | A | Dividend | K | T | | | | | |
| 30. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL REINVESTMENTS BSIIX | A | Dividend | L | T | | | | | |
| 31. DODGE & COX INCOME REINVESTMENTS DODIX | A | Dividend | L | T | Buy | 6/26/20 | J | A | |
| 32. DODGE & COX INCOME REINVESTMENTS DODIX | A | Dividend | L | T | | 9/28/20 | J | A | |
| 33. METROPOLITAN WEST TOTAL RETURN BOND CL 1 REINVESTMENTS MWTIX | A | Dividend | L | T | Buy | 02/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALQUIST, NANCY V. | 8/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | A | Dividend | L | T | Buy | 03/02/20 | J | A | |
| 35. | A | Dividend | L | T | Buy | 04/01/20 | J | A | |
| 36. | A | Dividend | L | T | Buy | 05/01/20 | J | A | |
| 37. | A | Dividend | L | T | Buy | 06/01/20 | J | A | |
| 38. | A | Dividend | L | T | Buy | 07/01/20 | J | A | |
| 39. | A | Dividend | L | T | Buy | 08/03/20 | J | A | |
| 40. | A | Dividend | L | T | Buy | 09/01/20 | J | A | |
| 41. | A | Dividend | L | T | Buy | 10/01/20 | J | A | |
| 42. NUANCE MIDCAP NMVLX | A | Dividend | K | T | | | | | |
| 43. GRW OF AMER A T ROWE PRICE | A | Dividend | K | T | | | | | SEE VIII |
| 44. PRIN MDCPI | A | Dividend | | | Buy | 01/10/20 | K | A | |
| 45. | A | Dividend | | | Sold | 10/19/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALQUIST, NANCY V.** | 8/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII LINE 43 - ACQUIRED IN 2019 BUT OMITTED FROM 2019 REPORT INADVERTANTLY

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NANCY V. ALQUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544